EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2022 TSPR 110 |
| Rebecca M. Rivera Castro | 209 DPR ___ |

Número del Caso: TS-14,461


Fecha: 26 de agosto de 2022


Abogada de la parte peticionaria:

    Por derecho propio


Materia: Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Rebecca M. Rivera Castro          TS-14,461

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de agosto de 2022.

Atendida la *Solicitud de cambio de estatus en el Registro Único de Abogados y Abogadas* que presentó la Sra. Rebecca M. Rivera Castro, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Además, se le ordena a la licenciada Rivera Castro revisar su información de contacto en el RÚA para confirmar que esté actualizada.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo